IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLEN DIRRON NORRID,<br>    Petitioner, | §<br>§<br>§ | |
| v. | § | 3:06-CV-834-D |
| | § | |
| DOUGLAS DRETKE, DIRECTOR,<br>TEXAS DEPT. OF CRIMINAL JUSTICE,<br>CORRECTIONAL INSTITUTIONS DIVISION | §<br>§<br>§ | |

### ORDER

After conducting a *de novo* review, the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. Accordingly, the petition is transferred to the Fort Worth Division of this court. The clerk of court is directed to effect the transfer.

**SO ORDERED**.

June 9, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE